# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| HENRY GUICE | § | Case No. 17-34515 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 11/17/2017 . The case was converted to one under Chapter 7 on 08/10/2018 . The undersigned trustee was appointed on 11/17/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $   40,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 7,807.68 |
   | Bank service fees | 129.36 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]         $ | 32,062.96 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/01/2018 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,750.00 , for a total compensation of $ 4,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 40.13 , for total expenses of $ 40.13 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/14/2019              By:/s/Peter N. Metrou, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 17-34515 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | HENRY GUICE | | | | Date Filed (f) or Converted (c): | 08/10/2018 (c) |
| | | | | | 341(a) Meeting Date: | 01/23/2018 |
| For Period Ending: | 02/14/2019 | | | | Claims Bar Date: | 05/01/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13614 ROCKEFELLER CIR. PLAINFIELD IL 60544-0000 WILL | 344,789.00 | 0.00 | | 0.00 | FA |
| 2. 13810 W. JONESPORT CT. PLAINFIELD IL 60544-0000 WILL | 199,732.00 | 113,099.00 | | 40,000.00 | FA |
| 3. 2000 BMW 740IL SEDAN 4D MILEAGE: 200,000 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. 2002 MERCEDES-BENZ ML320 SPORT UTILITY 4D MILEAGE: 130000 VA | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 5. MISC USED HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING: SOFA, | 400.00 | 0.00 | | 0.00 | FA |
| 6. TELEVISION SETS, DVD PLAYER, STEREO, AND CELL PHONE | 150.00 | 0.00 | | 0.00 | FA |
| 7. NECESSARY WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 8. WEDDING RING AND WATCH | 100.00 | 0.00 | | 0.00 | FA |
| 9. CASH | 20.00 | 0.00 | | 0.00 | FA |
| 10. PNC BANK | 200.00 | 0.00 | | 0.00 | FA |
| 11. CHASE BANK | 40.00 | 0.00 | | 0.00 | FA |
| 12. IRA | 738.11 | 0.00 | | 0.00 | FA |
| 13. ROTH IRA | 107.57 | 0.00 | | 0.00 | FA |
| 14. ANTICIPATED 2017 FEDERAL TAX REFUND INCLUDING TAX CREDIT F | 3,940.00 | 0.00 | | 0.00 | FA |
| 15. TERM LIFE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $553,966.68 | $116,799.00 | | $40,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating sale of rental property. Employ counsel for the estate Ariane H. Motion to objection to exemption granted. Motion to Approve Compromise/Settlement 8/14/2018. Sent TFR to UST 1/19/2019.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Property held in TBE. |
| RE PROP # | 2 | -- | Trustee's Objection to TBE Exemption granted-see dckt# 24. |

Initial Projected Date of Final Report (TFR): 01/31/2019        Current Projected Date of Final Report (TFR): 01/31/2019

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-34515 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: HENRY GUICE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1784 |
| | Checking |
| Taxpayer ID No: XX-XXX2642 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/11/18 | 2 | Patricia Guice<br>Debtor's spouse | Payment on settlement | 1110-000 | $10,000.00 | | $10,000.00 |
| 09/27/18 | 2 | Patricia Guice, Debtor | Court Approved settlement<br>See dckt # 74 | 1110-000 | $30,000.00 | | $40,000.00 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.47 | $39,987.53 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.44 | $39,928.09 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.45 | $39,870.64 |
| 12/12/18 | 1001 | Kim Wirtz<br>Century 21 Affiliated<br>17011 Cheyenne Court<br>Lockport, IL 60441 | Distribution<br>See Dckt# 80 | 3510-000 | | $500.00 | $39,370.64 |
| 12/12/18 | 1002 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Distribution<br>See Dckt # 81 | | | $7,307.68 | $32,062.96 |
| | | FactorLaw | ($7,283.75) | 3210-000 | | | |
| | | FactorLaw | ($23.93) | 3420-000 | | | |
| 02/14/19 | | Transfer to Acct # xxxxxx0121 | Transfer of Funds | 9999-000 | | $32,062.96 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $40,000.00 | $40,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $32,062.96 |
| Subtotal | $40,000.00 | $7,937.04 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $40,000.00 | $7,937.04 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $40,000.00    $40,000.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-34515 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: HENRY GUICE | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0121 |
| | Checking |
| Taxpayer ID No: XX-XXX2642 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/19 | | Transfer from Acct # xxxxxx1784 | Transfer of Funds | 9999-000 | $32,062.96 | | $32,062.96 |

| | | |
|---|---|---|
| COLUMN TOTALS | $32,062.96 | $0.00 |
| Less: Bank Transfers/CD's | $32,062.96 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Page Subtotals:   $32,062.96   $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0121 - Checking | $0.00 | $0.00 | $32,062.96 |
| XXXXXX1784 - Checking | $40,000.00 | $7,937.04 | $0.00 |
|  | $40,000.00 | $7,937.04 | $32,062.96 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $40,000.00 |
| Total Gross Receipts: | $40,000.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 17-34515  
Debtor Name: HENRY GUICE  
Claims Bar Date: 5/1/2018  

Date: February 14, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,750.00 | $4,750.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $40.13 | $40.13 |
| 100 3210 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | See dckt # 81 | $0.00 | $7,283.75 | $7,283.75 |
| 100 3420 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | See dckt # 81 | $0.00 | $23.93 | $23.93 |
| 100 3510 | Kim Wirtz<br>Century 21 Affiliated<br>17011 Cheyenne Court<br>Lockport, IL 60441 | Administrative<br>Payment Status:<br>Valid To Pay | See dckt # 80 | $0.00 | $500.00 | $500.00 |
| 1 300 7100 | FIFTH THIRD BANK<br>PO Box 9013<br>Addison, Texas 75001 | Unsecured<br>Payment Status:<br>Valid To Pay | | $6,047.00 | $6,047.14 | $6,047.14 |
| 2 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF MHC RECEIVABLES, LLC AND FNBM, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured<br>Payment Status:<br>Valid To Pay | | $237.00 | $237.46 | $237.46 |
| 3 350 7200 | BANK OF AMERICA, N.A.<br>P O BOX 982284<br>EL PASO, TX 79998-2238 | Unsecured<br>Payment Status:<br>Valid To Pay | | $16,515.00 | $16,515.11 | $16,515.11 |

Page 1      Printed: February 14, 2019

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-34515  
Debtor Name: HENRY GUICE  
Claims Bar Date: 5/1/2018  

Date: February 14, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 350 7200 | FIRST NATIONAL BANK OF OMAHA<br>BRUMBAUGH & QUANDAHL, PC LLO<br>4885 S. 118TH ST, STE 100<br>OMAHA, NE 68137 | Unsecured<br>Payment Status:<br>Valid To Pay | | $12,145.00 | $12,467.66 | $12,467.66 |
| 5 350 7200 | QUANTUM3 GROUP LLC AS AGENT FOR<br>JH PORTFOLIO DEBT EQUITIES LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | | $13,683.00 | $13,682.97 | $13,682.97 |
| 6 350 7200 | QUANTUM3 GROUP LLC AS AGENT FOR<br>JH PORTFOLIO DEBT EQUITIES LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | | $5,469.00 | $5,468.68 | $5,468.68 |
| 7 400 4110 | WELLS FARGO BANK, N.A.<br>1000 BLUE GENTIAN ROAD<br>N9286-01Y<br>EAGAN, MN 55121-7700 | Secured<br>Payment Status:<br>Invalid | Invalid per c/o Dkt# 77. | $0.00 | $24,205.46 | $24,205.46 |
| 8 400 4110 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>BANKRUPTCY DEPARTMENT<br>MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE, LA 71203 | Secured<br>Payment Status:<br>Withdrawn | | $0.00 | $79,117.54 | $79,117.54 |
| | Case Totals | | | $54,096.00 | $170,339.83 | $170,339.83 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-34515
Case Name: HENRY GUICE
Trustee Name: Peter N. Metrou, Trustee

Balance on hand    $    32,062.96

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 4,750.00 | $ 0.00 | $ 4,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 40.13 | $ 0.00 | $ 40.13 |
| Attorney for Trustee Fees: FactorLaw | $ 7,283.75 | $ 7,283.75 | $ 0.00 |
| Accountant for Trustee Expenses: FactorLaw | $ 23.93 | $ 23.93 | $ 0.00 |
| Other: Kim Wirtz | $ 500.00 | $ 500.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    4,790.13

Remaining Balance    $    27,272.83

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,284.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIFTH THIRD BANK | $ 6,047.14 | $ 0.00 | $ 6,047.14 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 237.46 | $ 0.00 | $ 237.46 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,284.60 |
| | Remaining Balance | | | $ 20,988.23 |

Tardily filed claims of general (unsecured) creditors totaling $ 48,134.42 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 43.6 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | BANK OF AMERICA, N.A. | $ 16,515.11 | $ 0.00 | $ 7,201.14 |
| 4 | FIRST NATIONAL BANK OF OMAHA | $ 12,467.66 | $ 0.00 | $ 5,436.32 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 13,682.97 | $ 0.00 | $ 5,966.24 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 5,468.68 | $ 0.00 | $ 2,384.53 |
| | Total to be paid to tardy general unsecured creditors | | $ | 20,988.23 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE