UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
          §
HENRY GUICE § Case No. 17-34515
          §
    Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PETER N. METROU, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/15/2019 in Courtroom ,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/20/2019                              By: /s/ Peter N. Metrou
                                                                Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE** | ) | **Chapter 7** |
| | ) | |
| **HENRY GUICE,** | ) | **CASE NO. 17-34515** |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

To:    See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FEE APPLICATION**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 20th day of February, 2019, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                  */s/ Peter N. Metrou*
                                                  **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

Sent Via First-Class Mail

Atg Credit Llc
1700 W Cortland St
Ste 2
Chicago, IL 60622-1131

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Blitt and Gaines PC
661 W. Glenn Avenue
Wheeling, IL 60090-6017

Chase Card
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Chase Mortgage
Po Box 24696
Columbus, OH 43224-0696

Citibank
PO Box 6500
Sioux Falls, SD 57117-6500

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

DuPage Medical Group
15921 Collections Center Dr.
Chicago, IL 60693-0001

Edward Health Ventures
Dept. 77-3471
Chicago, IL 60678-0001

Fifth Third Bank
Attn: Bankruptch Department
1830 E Paris Ave Se
Grand Rapids, MI 49546-8803

Fifth Third Bank
PO Box 9013
Addison, Texas 75001-9013

FIRST NATIONAL BANK OF OMAHA
BRUMBAUGH & QUANDAHL, PC LLO
4885 S. 118TH ST, STE 100
OMAHA, NE 68137-2241

First National Bank
Attn: FNN Legal Dept
1620 Dodge St Mailstop Code 3290
Omaha, NE 68102-1593

Henry Guice
13614 Rockefeller Drive
Plainfield, IL 60544-1149

Jh Portfolio Debt Equities LLc
5757 Phantom Dr Ste 225
Hazelwood, MO 63042-2429

JPMorgan Chase Bank, National Association
Bankruptcy Department
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

JPMorgan Chase Bank, National Association
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road

Linden Oak Hospital Behavorial Heal
852 West STreet
Naperville, IL 60540-6400

Merchants Credit
223 W Jackson Blvd
Ste 700
Chicago, IL 60606-6914

Michael S. Baim
The CKB Firm
30 N. LaSalle St., Ste 1520
Chicago, IL 60602-3387

Naperville Radiologists
801 S. Washington Street
Naperville, IL 60540-7430

Nationwide Credit & Collections
Attn : Bankruptcy
815 Commerce Dr Ste 270
Oak Brook, IL 60523-8852

Patricia Guice
13614 Rockefeller
Plainfield, IL 60544-1149

Patricia Guice
5320 W. 159th Street
Suite 501
Oak Forest, IL 60452-3335

PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15222-4747

Paypal Credit Services
PO Box 960080
Orlando, FL 32896-0080

PNC Mortgage
Po Box 8703
Dayton, OH 45401-8703

Pncbank
55th And Holmes
Clarendon Hills, IL 60514

PYOD, LLC its successors and assigns as assi
of MHC Receivables, LLC and FNBM, LLC
Resurgent Capital Services
PO Box 19008

Quantum3 Group LLC as agent for
JH Portfolio Debt Equities LLC
PO Box 788
Kirkland, WA  98083-0788

Wells Fargo Bank, N.A.
1000 Blue Gentian Road
N9286-01Y
Eagan, MN  55121-7700

Wells Fargo Bank NV NA
P O Box 31557
Billings, MT 59107-1557

Sent Via ECF

Xiaoming Wu
Ledford, Wu & Borges, LLC
105 W. Madison
23rd Floor
Chicago, IL 60602-4647

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
§
HENRY GUICE § Case No. 17-34515
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 40,000.00 |
| and approved disbursements of | $ | 7,937.04 |
| leaving a balance on hand of[1] | $ | 32,062.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 4,750.00 | $ 0.00 | $ 4,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 40.13 | $ 0.00 | $ 40.13 |
| Attorney for Trustee Fees: FactorLaw | $ 7,283.75 | $ 7,283.75 | $ 0.00 |
| Accountant for Trustee Expenses: FactorLaw | $ 23.93 | $ 23.93 | $ 0.00 |
| Other: Kim Wirtz | $ 500.00 | $ 500.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,790.13 |
| Remaining Balance | | | $ 27,272.83 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,284.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIFTH THIRD BANK | $ 6,047.14 | $ 0.00 | $ 6,047.14 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 237.46 | $ 0.00 | $ 237.46 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,284.60 |
| | Remaining Balance | | $ | 20,988.23 |

Tardily filed claims of general (unsecured) creditors totaling $ 48,134.42 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 43.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | BANK OF AMERICA, N.A. | $ 16,515.11 | $ 0.00 | $ 7,201.14 |
| 4 | FIRST NATIONAL BANK OF OMAHA | $ 12,467.66 | $ 0.00 | $ 5,436.32 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 13,682.97 | $ 0.00 | $ 5,966.24 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 5,468.68 | $ 0.00 | $ 2,384.53 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 20,988.23 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*